**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Dennis Gallien v. The State of Texas

Appellate case number:   01-22-00398-CR

Trial court case number: 1541083

Trial court:             339th District Court of Harris County

Counsel for appellant has filed a motion to transfer volume 5 of the reporter's record filed in 01-19-00882-CR to this case. Both case number 01-19-00882-CR and this case share the same parties and arise from the same trial court case. We held this motion for a response but none was filed.

We **grant** the motion and **direct the Clerk of this Court to transfer** a copy of Volume 5 of the reporter's record in case number 01-19-00882-CR to this case.

It is so ORDERED.

Judge's signature: _____/s/ Richard Hightower_____
                   ☑ Acting individually    ☐ Acting for the Court

Date: ___October 6, 2022_____